Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

California District of Los Angeles County

Civil Court Division

| | |
|---|---|
| Justin M. Zapata <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br><br> Anaheim Police Department of California, etc. <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 8:22-CV-00898-JGB(E) <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: (check one) ☒Yes ☐No <br><br> **FILED** <br> CLERK, U.S. DISTRICT COURT <br><br> APR 27 2022 <br><br> CENTRAL DISTRICT OF CALIFORNIA <br> BY: _____EEE_____ DEPUTY |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Anaheim

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Justin M. Zapata
Address: 550 North Flower St.
City: Santa Ana   State: C.A   Zip Code: 92703
County: County of Orange
Telephone Number: 323-403-9740
E-Mail Address: Gladiatorfightingschool@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Anaheim Police department
Job or Title (if known): City Police
Address: unknown
City: Anaheim   State: C.A   Zip Code: unknown
County: Orange County
Telephone Number: unknown
E-Mail Address (if known): unknown

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Detective Newman
Job or Title (if known): Detective of Anaheim P.D.
Address: unknown
City: Anaheim   State: C.A   Zip Code: Unknown
County: Orange County
Telephone Number: unknown
E-Mail Address (if known): unknown

☒ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name: *State of California*
    Job or Title *(if known)*: *State of Office Police*
    Address:
    City / State / Zip Code
    County: *Orange County*
    Telephone Number: *unknown*
    E-Mail Address *(if known)*: *unknown*

[ ] Individual capacity   [✓] Official capacity

Defendant No. 4
    Name:
    Job or Title *(if known)*:
    Address:
    City / State / Zip Code
    County:
    Telephone Number:
    E-Mail Address *(if known)*:

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Violation of 4th Amendment. Due to the facts.*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The Defendant kick open my girlfriends door without a warrant. Saying they had a warrant for my arrest on May 12th 2021. They falsefli a warranti seizuze a 9mm hand gun. Which belong to my girlfriend, she even said she found it in our home. That was burnt down.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? I wrote Additional pape to my needs.

B. What date and approximate time did the events giving rise to your claim(s) occur? I don't know the time I say 12pm or to 10am the Anahiem police violated the plaintiffis rights.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was arrest on May 12th 2021. I had my Rights Violated along with the 4th, and 8th amendments. I been targeted by the Orange County Sheriff as a terriost which I Filed another law suie. I was picked in the foot while I was sleeping in Orange County Jail. I was raped in Orange County Jail. I almost died in orange county Jail. I may of cought AIDs from the Deputy Cofax picking me in the foot, or by the person who rape me in my sleep. They had No rape kit in County Jail. I have Suffer Extrem Emotional Distress. I became Sucidal and suffer from Depresion. An was poison by Deputys with CST's workers I have the poisones soap with me as evidence.

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I was raped by Inmates. I was picked by a Deputy name Cofax in MCJ A4 Cell 11 on camera, while I am sleeping. I my have AIDS from what happen in lock up. I could of Died while locked up. I was poisoned by CST'S workers and Deputy's, Deputy K. Lee & his parter Cofax. I got the poisonest soup for Evidence. All my rights Civil and pshically have been violated. Doe to the Fasle Imprisonment under Penal Code of California 1538.5 Illegal Search & seizure. This is all I the plaintiff suffer from also been shicidal with Depression. An Suffering Exterme Emotional Distress, from Negligent Inflction of Emotional Distress.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am as thet my charges be dismissed in Orange County. People v. Justin M. Zapata case number 21NF1605 A the plain get full Immorality from case 21NF1605 People v. Justin M. Zapata.
An the the plaintiff get up to 1 billion without tax do to all the hardship the plaintiff has been through by the Illegal Search & seizure. This is what the Relief the plaintiff is a for. Full Immorality In his court case. And 1 billion dallers tax free.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/31/2022

Signature of Plaintiff: *Justin Zapata*
Printed Name of Plaintiff: Justin M. Zapata

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                        *City*                  *State*        *Zip Code*

Telephone Number
E-mail Address

## Statement of Claim

The Detective Newman and the Police of Anahiem Police department, kicked in my girlfriend hotel on May 12th 2021. They said, they had a warrant for my arrest, which did not go in till May 13th, 2021 from parole. I was a guess at the hotel. My legal Address in 5136 S, Victoria Ave. L.A, CA, 90043. Theirfore a hotel was under my girlfriends, because I have no I.D. or anything to get the hotel.

The "Right to Truth in Evidence" provision of Cal. Const., art I, §28, subd. (d) (Prop 8). abrogates California's independent exclusionary rule. Thus, the exclusion of evidence is not mandated unless the seizure thereof was in violation of the federal exclusionary rule under U.S. Const., 4th Amend. People v. Sherman (1993, 5th Dist) 19 Cal App 4th 1204, 24 Cal Rptr 2d 28, 93 CDOS 8101, 93 Daily Journal DAR 13771.

Theirfore the Anyhiem Police had no right to kick in my girlfriend's door without the right warrant under the 4th Amend.

Exclusionary rule operates to protect Four Amendment right generally through its deterrent effect upon law enforcement, rather than serving as a personal constitutional right of the victim of an illegal search and seizure; it does not apply to evidence obtained by police who acted in objectively reasonable reliance on statute governing search incident to arrest. U.S.C.A. Const. Amend. 4; K.S.A. 22-2501(c) (Repealed). State v. Dennis, 300 P.3d 81 (Kan. 2013).

The Detective Newman and his officers fail to prove warrant and Illegally seized the Victiam who is the Police of Anahiem violated Justin M. Zapata Right to the 4th which is violation Illegal seizure and seizure. Penal Code of California 1538.5.

When a police officer accost an individual and restrains his freedom to walk away, he has "seized" that person U.S.C.A. Const. Amend. 4. Reynold v. com., 393 S.W.3d 607 (Ky. Ct. App. 2012).

Statement of Claim    Page 2.

An as due to Reynolds v. Com, the plaintiff and his girlfriend was "seized" in her hotel. Which the Illegal searched the hotel and found a 9mm hand gun in a drawer in on the victim, Who is the plaintiff. Under the 4th Amendent provids the protection against "Illegal Search and seizure" under the 4th Amendment. And
Search warrant authorizing search of defendant's hotel room and vehicle lacked particularity required by Fourth Amendment, where it did not list the items to be seized, and it only mentioned police officer's affidavit in support of warrant, which listed the items to be seized, once in its averment of probable cause. U.S. Const. Amend. 4 United States v. Szczerba, 897 F.3d 929 (8th Cir. 2018).
Therfore the Police had no warrant or probable cause. To kick open the door of one, Nyshika Bradley and do a Illegal Search and seizure of the hotel room. Which came to find a 9mm hand gun and charge the victim, who is the Plaintiff Justin M. Zapata. Case number 21NF1605 in Case People v. Justin M. Zapata in charging the plaintiff with ex felon prossion of a firearm. Which was obtain in Illegal Search and seizure, with no warrant or probable cause to be their in one Nyshika Bradley's hotel room. An having the right to change the victim of a hand that was not his or in prossion of the firearm, which was not on him. Which the Law is stated prossion is 9, 10 " of the law.
Due to My rights was violated by the Anahiem police went by a faileflli warrant without probable case conduct a search and seizure on one Nyshika Bradley hotel and Illegally charge the plantiff with a 9mm Hand gun. This is the Plaintiff is suing do to his rights being violated under the 4th Amendment.

Plaintiff: Justin M. Zapata Full info
SS#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  D.O.B 8/20/84

Address of home 5136 S. Victoria Ave, LA, CA, 90043.

Address at 550 North Flower St.
Santa Ana CA, 92703.



Justin M. Espana
Booking # 3198390
JRC-M-26-Cell 9.
Orange County Jail
550 North Flower St
Santa Ana CA, 92703

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street
Los Angeles California 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ORANGE COUNTY JAIL
INMATE CORRESPONDENCE

Legal Mail

LY #11381